UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JAMES ARTHUR NEWBY, | § | |
| #1427436 | § | |
|     Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. G-09-282 |
| | § | |
| RICK THALER, | § | |
| | § | |
|     Respondent. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on June 7, 2010. Petitioner has filed his Objections in a timely manner. (Docket Entry ("Dkt.") No. 15).

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that Petitioner's Objections are without merit and that the Magistrate Judge's Report and Recommendation should be **ACCEPTED**.

In addition, this Court finds that, because the habeas corpus petition filed in this case is governed by the Antiterrorism and Effective Death Penalty Act, codified as amended at 28 U.S.C. § 2253, a certificate of appealabilty ("COA") is required before any appeal may proceed. *See Hallmark v. Johnson*, 118 F.3d 1073, 1076 (5th Cir.) (noting that actions filed under either 28 U.S.C. § 2254 or 2255 require a certificate of appealability), *cert. denied sub. nom. Monroe v. Johnson*, 522 U.S. 1003 (1997). "This is a jurisdictional prerequisite because the COA statute mandates that '[u]nless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals . . . .'" *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (citing 29 U.S.C. § 2253(c)(1)).

A district Court may deny a certificate of appealability, *sua sponte*, without requiring further briefing or argument. *See Alexander v. Johnson*, 211 F.3d 895, 898 (5th Cir. 2000). Because the exhaustion prerequisite to federal habeas corpus review is well-established, the Court concludes that jurists of reason would not debate whether the procedural ruling in this case was correct. Therefore, a certificate of appealability will not issue in this case.

Accordingly, it is **ORDERED** that the Respondent's Motion for Summary Judgment (Dkt. No. 9) is **GRANTED**; that the Petition for a Writ of Habeas Corpus of James A. Newby (Dkt. No. 1) is **DISMISSED** with prejudice; and a certificate of appealability is **DENIED**.

It is the further **ORDER** of this Court that any and all further relief requested is **DENIED**.

SIGNED at Houston, Texas this 27th day of July, 2010.

_____
Kenneth M. Hoyt
United States District Judge